HAROLD BRYANT v.
HOUSING AUTHORITY OF CITY OF NEWARK.

December 15, 1976. Cross-Petition for certification denied.

STATE OF NEW JERSEY v. GAIL MADDEN.

December 15, 1976. Petition for certification denied.